■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT Y. DAYAN, on Behalf of PATRICK AMAR, Petitioner, v MICHAEL JACOBSON, as Commissioner of Correction of the City of New York, Respondent. [704 NYS2d 869] —Writ of habeas corpus in the nature of an application to fix bail upon Queens County Docket No. 2000QN007992 in the amount of $10,000.

Adjudged that the writ is dismissed, without costs or disbursements.

The determination of the Supreme Court, Queens County, was not an improvident exercise of discretion, and did not violate "constitutional or statutory standards" (*People ex rel. Klein v Krueger,* 25 NY2d 497, 499; *see, People ex rel. Rosenthal v Wolfson,* 48 NY2d 230). Goldstein, J. P., Florio, Feuerstein and Schmidt, JJ., concur.